# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## 450 GOLDEN GATE AVENUE
## SAN FRANCISCO, CA  94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 28, 2008

To:   Robert P. Gates
      Michael Joseph Carroll
      Erskine & Tulley
      A Professional Corporation
      220 Sansome Street, Suite 303
      San Francisco, CA 94104


Re:   Board of Trustees of the Sheet Metal Workers Health Care Plan of Northern California, et al. v. C R Schellenger HVAC - C08-0306 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for April 28, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                          Sincerely,

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          _/s/ Lashanda Scott_
                                  By:    Lashanda Scott
                                          Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd