1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 **BOARD OF TRUSTEES OF THE SHEET**      )      NO. C 08 0306 BZ
   **METAL WORKERS et al.**                )
12                                         )
                                           )      **MOTION  FOR  ENTRY  OF**
13                     **Plaintiffs,**     )      **DEFAULT**
             **vs.**                       )
14                                         )
                                           )
15 **C R SCHELLENGER H V A C INC., a California** )
   **corporation**                        )
16                                         )
                       **Defendant.**      )
17                                         )
   _____     )
18
                   To the Clerk of the United States District Court for the Northern District of California:

19
                   You will please enter the default of defendant, C R SCHELLENGER H V A C INC.,
20
   a California corporation,  for failure to plead or otherwise move as provided by the Federal Rules of
21
   Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default
22
   filed herewith.
23
   Dated: March 19, 2008                    ERSKINE & TULLEY
24
                                            By:/s/ Michael J. Carroll_____
25                                             MICHAEL J. CARROLL
                                               Attorney for Plaintiffs
26

27

28

   **MOTION FOR ENTRY OF DEFAULT**                    1