```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS  et al.**<br><br>              Plaintiffs,<br><br>      vs.<br><br>**C R SCHELLENGER H V A C INC., a California corporation**<br><br>              Defendant. | NO. C 08 0306 BZ<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

      IT IS HEREBY NOTICED that the default of defendant, C R SCHELLENGER H V A C INC., a California corporation,  has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk

                                                   By: _____
                                                          Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                1