UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 27, 2008

**RE:  BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, et al. -v- C R SCHELLEGNER H V A C INC., Case Number C-08-0306-BZ**

**Default** is *entered* as to **Defendant C R Schellenger H V A C Inc.**, *a California corporation, doing business as CRS H V A C Inc.* on **March 27, 2008.**


RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

NDC TR-4  Rev. 3/89