```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>               Plaintiffs,<br><br>   vs.<br><br>C R SCHELLENGER H V A C INC., a California corporation doing business as CRS H V A C INC.,<br><br>               Defendant. | NO.  C 08 0306 BZ<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case set for April 28, 2008 be continued to July 28, 2008 at 4:00 p.m. in Courtroom No. Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated:_____                  _____
                                                         Honorable Bernard Zimmerman

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE