```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>            Plaintiffs,<br><br>  vs.<br><br>C R SCHELLENGER H V A C INC., etc.,<br>            Defendant.  | NO.  C 08 0306 BZ<br><br>NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES; POINTS AND AUTHORITIES IN SUPPORT THEREOF<br>[F.R.C.P. 55(b)(2)]<br><br>DATE: August 13, 2008<br>TIME: 10:00 a.m. |

TO DEFENDANT:

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008, at 10:00 a.m., or soon thereafter as counsel may be heard, before the Honorable Bernard Zimmerman, Magistrate Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom G, 15th Floor, San Francisco, CA, plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, will and do move this court, pursuant

to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter a default judgment and award plaintiff unpaid contributions, liquidated damages, interest, court costs, and attorneys fees.

This motion is made on the grounds that defendant has failed to appear herein after valid service, the default of defendant was entered by the Court on March 27, 2008, and there are no triable issues of fact or disputes at law. Defendant has a contractual obligation to pay contributions to the SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, and has failed to do so in a timely manner. This motion is based upon this Notice, Memorandum of Points and Authorities in Support Thereof, the Declarations of Carl Sanchez, Bonnie Maraia, and Michael J. Carroll in Support of Motion for Default Judgment filed herewith, and such further oral or documentary evidence as may be presented at the hearing of this motion.

DATED:   July 8, 2008            ERSKINE & TULLEY

                         By:   /s/ Michael J. Carroll
                               Michael J. Carroll
                               Attorneys for Plaintiffs

## MEMORANDUM OF POINTS AND AUTHORITIES
### I.
### INTRODUCTION

In this ERISA collection action plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, seek to recover employee benefit

contributions, liquidated damages and interest for the months of October 2007 through January 2008 on Employer Account Number 318225 and for the months of October through December 2007 on Employer Account Number 326720. The total amount due is $34,229.65.

Defendant, C R SCHELLENGER H V A C INC., a California corporation, doing business as CRS H V A C INC., is an employer which is currently delinquent in its health & welfare, pension and other fringe benefit contribution obligations.

Under the terms of the Trust Agreements a contribution is due not later than the 20th day of the following month, Exhibit 2, Item III, Section B, page 8, and is delinquent if not received by that date.

The complete list of delinquent months and amounts is set forth in Exhibit 3 to the Maraia Declaration. The amounts due have been computed based on information given to the Trust Funds by defendant. Obviously the amount may change by the date of the hearing if defendant either makes payments or falls further behind. Plaintiffs will update this information by a supplemental declaration if a change in the amount due occurs.

Under the terms of the Trust Agreement of the Sheet Metal Workers Pension Trust of Northern California to which defendant is specifically bound by its contract, failure to make timely payment results in the following consequences:

    A. Liquidated damages in an amount equal to 20% of the amount of contributions due, Exhibit 2, Item III, Section C, page 9, and the amended procedures attached to Exhibit 2.
    B. Interest at rates determined by formula, Exhibit 2, Item III, Section C, page 9.
    C. Attorneys fees, Exhibit 2, Item III, Section E, page 12.

The other trust agreements contain the same language.

////

## II.
## FACTUAL BACKGROUND

Defendant has entered into a collective bargaining agreement with Sheet Metal Workers Local Union No. 104 which requires that health & welfare, pension and other fringe benefit contributions be paid on behalf of covered employees to the Sheet Metal Workers of Northern California Trust Funds. Exhibit 1 to the Sanchez Declaration. This contract binds defendant to the terms and conditions of each of the Agreements and Declarations of Trust of each Trust Fund of plaintiff. See Exhibit 2 to the Maraia Declaration, the Agreement and Declaration of Trust of the Sheet Metal Workers Pension Trust of Northern California.

## III.
## SEPARATE STATEMENT OF UNDISPUTED FACTS

Every essential allegation of the complaint is proved by the affidavits submitted herewith:

| COMPLAINT PARAGRAPH | COMPLAINT ALLEGATION | PROOF OF ALLEGATION |
|---|---|---|
| 1 | Jurisdiction | Carroll Decl. 29 U.S.C. § 1132, 1145; 29 U.S.C. § 185(a) |
| 2 | Status of Plaintiffs | Carroll Decl. |
| 5 | Defendant bound by contract to pay contributions | Sanchez Decl., Exhibit 1 |
| 6,7,8,10 | Defendant has failed to pay contributions in a timely manner | Maraia Decl., Exhibit 3 |
| 9 | Demand has been made | Carroll Decl. |
| 12 | Contract documents provide for | Exhibit 2 |

attorneys fees

////

## IV.
## ARGUMENT

A. PLAINTIFFS ARE ENTITLED TO RECOVER LIQUIDATED DAMAGES, INTEREST AND ATTORNEYS FEES AS A MATTER OF LAW

An award of liquidated damages, interest and attorneys' fees is mandatory under 29 U.S.C. § 1132(g).

## CONCLUSION

It is respectfully submitted that plaintiffs are entitled to default judgment according to proof.

DATED: July 8, 2008                    ERSKINE & TULLEY

                              By:    /s/ Michael J. Carroll
                                     Michael J. Carroll
                                     Attorneys for Plaintiffs

PROOF OF SERVICE

I, DIANE ANDRADE, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

2. My business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.

3. On July 8, 2008 I caused a true copy of the attached documents NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT & ATTORNEYS' FEES; POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF CARL SANCHEZ, BONNIE MARAIA, MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; ORDER AND DEFAULT JUDGMENT to be served on the following person(s) in the manner indicated below:

C R Schellenger HVAC Inc.
Alex and Connie Schellenger
11 Terrace Drive
Calistoga, CA 94515


:      Served by deposit in the United States mail in a sealed envelope with the postage thereon fully prepaid.

Executed on July 8, 2008 at San Francisco, California.


                                 /s/ Diane Andrade
                                 DIANE ANDRADE