```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>C R SCHELLENGER H V A C INC., etc.,<br><br>　　　　Defendant. | NO.  C 08 0306 BZ<br><br>(PROPOSED)<br>ORDER AND<br>DEFAULT JUDGMENT |

　　　　Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, against defendant, C R SCHELLENGER H V A C INC., a California corporation, doing business as CRS H V A C INC., as follows:

////

////

ORDER AND DEFAULT JUDGMENT

1

1  ////

2  ////

3       1.  Principal

4           Contributions          $25,991.54

5           Liquidated Damages       5,758.34

6       2.  Interest                 2,479.77

7       3.  Attorneys fees             555.00

8       4.  Costs                      500.00

9       TOTAL:                     $35,284.65

12  DATED:_____

                                         _____
14                                       MAGISTRATE JUDGE
                                         BERNARD ZIMMERMAN

ORDER AND DEFAULT JUDGMENT
2