```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>        Plaintiff,<br>vs.<br><br>C R SCHELLENGER H V A C., INC.,<br><br>        Defendant. | NO. C 08 0306 BZ<br><br>CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u> |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 7/15/08

        ERSKINE & TULLEY
        A PROFESSIONAL CORPORATION

        By: _____
         Michael J. Carroll
         Attorney for Plaintiffs

<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>
1