UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Board of Trustees of the Sheet Metal Workers Health Care Plan of Northern California,

No. C008-306 BZ

Plaintiff(s).

v.

Clerk's Notice of continuation of Case Management Conference

C R Schellenger HVAC Inc.,

Defendant(s).
_____ /

The Case Management Conference set for **August 4, 2008** at **4:00 p.m.** is hereby **Continued** to **8/13/08 at 10:00a.m.** following the Hearing on Plaintiff's Motion for Default Judgment.

Dated: 7/25/08

Richard W. Wieking, Clerk
United States District Court

By: Simone Voltz - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT