ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> C R SCHELLENGER H V A C INC., etc., <br><br> Defendant. | NO.  C 08 0306 BZ <br><br> POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR <u>ENTRY OF DEFAULT JUDGMENT</u> |

I.   <u>Introduction</u>

The Clerk's Notice Regarding Tentative Ruling requires that a notice be filed with the Court before August 8, 2008 by any party who wishes to contest the tentative ruling.  Plaintiffs served the Notice on defendant July 16, 2008.  On July 29, 2008, Alex and Connie Schellenger filed a Notice of Contest.

Plaintiffs agree with the tentative ruling , except that it appears that the amount due has increased.  We respectfully request that the Tentative Ruling be amended to reflect the Amounts set fourth in Exhibit 11, as explained in the Declaration of Robin Niznik.

## II. Standing to File Notice of Contest

Alex and Connie Schellenger have filed the Notice of Contest on behalf of C R Schellenger HVAC INC., Local Rule 3-9 states that a corporation, which is the only defendant in this case, may only appear through a member of the bar.

## III. The Objections raised by Mr. & Mrs. Schellenger are without merit

They admit the corporation owes the money, Notice of Contest 2:2.

The corporation wanted a payment plan but the parties have not agreed upon or entered into such an agreement. See Supplemental Declaration of Michael J. Carroll.

Defendant was contractually bound to pay fringe benefits due to the "evergreen clause" in the contract, Exhibit 1, Article XIV, Section 1. It is also bound by the negotiations which took place to renew that contract, Exhibit 1, Article XIV, Section 4. See the Supplemental Declaration of Carl Sanchez and Exhibit 7.

Defendant had actual knowledge of the 20% liquidated damages provision. It has paid them for earlier delinquencies. See the Declaration of Robin Niznik and Exhibits 8, 9, and 10. The Court has correctly cited the applicable law in the Tentative Ruling at 5:8-22. As long as the plan provides for 20% liquidated damages. Section 1132(g)(2)(C)(ii) makes an award mandatory. There is no case law to support defendant's position.

Plaintiffs are the Board of Trustees of fringe benefit trust funds regulated under ERISA. They are not labor unions. They do not provide labor. Defendant's representatives seek to raise an equitable defense that the union failed to supply competent workers. Such

1  defenses have uniformly been rejected in ERISA collection cases.  See
2  Audit Services v. Rolfson, 641 F.2d 757,761-62, (9th.Cir.1981) and
3  Operating Engineers Pension Fund v. Cecil Backhoe Services, Inc., 795
4  F2d 1501(9th.Cir.1986).
5         No good cause exists to justify setting aside the default
6  entered against defendant.  There is no meritorious defense set forth
7  in the Notice of Contest.  Plaintiffs have proved their case and are
8  entitled to Judgment.
9                                    Respectfully submitted,
10 DATED: August 7, 2008              ERSKINE & TULLEY
                                      A PROFESSIONAL CORPORATION
11
12                                    By:_____
                                         Michael J. Carroll
13                                       Attorneys for Plaintiff

## PROOF OF SERVICE

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

2. My business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.

3. On August 7, 2008 I caused a true copy of the attached documents POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT; SUPPLEMENTAL DECLARATION OF CARL SANCHEZ, DECLARATION ROBIN NIZNIK, SUPPLEMENTAL DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT to be served on the following person(s) in the manner indicated below:

C R Schellenger HVAC Inc.
Alex and Connie Schellenger
11 Terrace Drive
Calistoga, CA 94515

☒ Served by deposit in the United States mail in a sealed envelope with the postage thereon fully prepaid.

Executed on August 7, 2008 at San Francisco, California.

*/s/ Sharon Eastman*
SHARON EASTMAN