```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4  Facsimile:  (415) 392-1978

 5  Attorneys for Plaintiffs

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET    )   NO.  C 08 0306 BZ
    METAL WORKERS, et al.,            )
12                                    )
                  Plaintiffs,         )   SUPPLEMENTAL DECLARATION
13                                    )   OF MICHAEL J. CARROLL IN
           vs.                        )   SUPPORT OF MOTION FOR
14                                    )   DEFAULT JUDGMENT
    C R SCHELLENGER H V A C INC., etc.,)
15                                    )
                  Defendant.          )
16  _____    )

17

18         I, MICHAEL J. CARROLL, declare:

19         1.  I am one of the attorneys for plaintiffs in this action

20  and if called as a witness, I could competently testify to the

21  following facts:

22         2.  In a Notice of Contest filed August 1, 2008, Alex

23  and Connie Schellenger contend they made attempts to set up a payment

24  plan, Notice 2:10-19.

25         3.  One letter was sent by CRS Wine Systems on February

26  25, 2008 proposing a payment plan.  See Exhibit 12.  It offered to

27  start $1,400.00 per month payments in May; it also agreed to pay the

28  penalties.  This proposal was not acceptable to the trustees because
```

SUPPLEMENTAL DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1

1  of the absence of a personal guarantee, the length of the plan, and
2  the delayed start for payments.  Representations of defendants would
3  not give a personal guarantee, so no additional discussions occurred.
4       4.   The Notice of Contest objects to imposition of
5  liquidated damages.  Yet the payment plan outlined in Exhibit 11
6  proposed to pay "...$1,400.00 per month plus penalties until balance
7  is paid."
8       I declare under penalty of perjury that the foregoing is
9  true and correct.
10      Executed on August 7, 2008 at San Ramon, California.

_____
MICHAEL J. CARROLL

# CRS WINE SYSTEMS

A DIVISION OF CRS HVAC, INC

TEMPERATURE*CONTROLLED WINE SYSTEMS*
HEATING*COOLING
LIC #800219

11 TERRACE DR
CALISTOGA, CA 94515

February 25th, 2008

Michael Carroll
ERSKINE & TULLEY
220 Montgomery St #303
San Francisco, Ca 94104

Dear Mr. Carroll,

CRS HVAC, INC can begin to repay October 2007, November 2007, December 2007, and January 2008 starting May 10 of 2008 @ a rate of $1,400.00 per month plus penalties until balance is paid.

If at anytime it is possible (dependant on sales and receivables) for CRS HVAC, INC to pay the balance sooner will do so.

Once again, we apologize for the late payments, we are a small company and solely depend on sales and receivables and the economy has not been healthy for HVAC business.

February fringes for Alex only, will be sent March 20 in a timely manner.

This is what we can do at this time.

Respectfully,

Alex and Connie Schellenger

OFFICE 707.942.1166  FAX 707.942.1191
WEBSITE CRSHVAC.COM

FAX: 415-392-1979