## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **8/13/08**

**Time: 10:00A.M.**

**C -08-0306 BZ**

**Board of Trustees of the Sheet Metal Workers Health Care Plan of Northern California ,et al.   v   C R Schellenger**

Attorneys:    Pltf. Michael J. Carroll    Deft. - C. R. Schellenger

Deputy Clerk: **Simone Voltz**              Reporter: **FTR 10:08-10:14 and 10:45-10:47**

**PROCEEDINGS:**                                    **RULING:**

1.  Plaintiffs' Motion for Default Judgment                    Not Held
2. _____   _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court___

( ) Referred to Magistrate Judge For:

( x ) CASE CONTINUED TO   10/8/08 at 10:00a.m.    for Further Hearing on   plaintiffs' Default Judgment

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                         Type of Trial: ( )Jury   ( )Court
Notes:  Parties are trying to settle the issue on of before the next hearing.
_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS HEALTH CARE PLAN
OF NORTHERN CALIFORNIA et al,

              Plaintiff,

  v.

C R SCHELLEGNER H V A C INC. et al,

              Defendant.

_____/

Case Number: CV08-00306 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

 C R Schellenger H V A C Inc.
C/o Alex & Connie Schellenger
CR Schellenger HVAC
11 Terrace Drive
Calistoga, CA 94515

Robert P. Gates
Erskine & Tulley
A Professional Corporation
220 Sansome Street, Suite 303
San Francisco, CA 94104

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk