```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12
    BOARD OF TRUSTEES OF THE SHEET    )    NO. C 08 0306 BZ
13  METAL WORKERS, et al.,             )
                                       )
14                                     )
                                       )
15                   Plaintiffs,       )    ORDER OF EXAMINATION
             vs.                       )
16                                     )
                                       )
17  C R SCHELLENGER HVAC INC., a       )
    California corproration            )
18                                     )
                     Defendant.        )
19                                     )
    _____)
20
    To:  Alex Schellenger, President and the Judgment Debtor
21       C R Schellenger HVAC Inc.
         11 Terrace Drive
22       Calistoga, CA 94515
23            You the above named judgment debtor ARE HEREBY ORDERED to
24  appear personally on May 4, 2010 at 9:00 a.m. at 450 Golden Gate
25  Avenue, San Francisco, CA 94102 Courtroom G, 15th Floor, before the
26  Magistrate Judge Bernard Zimmerman then and there to be examined on
27  oath concerning your property or other matters material to the
28  proceedings.
```

ORDER OF EXAMINATION                    1

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statements for 2009 and all monthly financial statements for the same period;

7. Federal tax returns for the last two years;

8. All bank statements, deposit slips and canceled checks for all accounts for 2009;

9. The last tax return filed with the Franchise Tax Board;

10. All accounts receivable lists generated by the Company for 2009;

11. Cash Disbursement Journals for 2009;

12. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

13. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

14. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

| | |
|---|---|
| 1 | NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE |
| 2 | TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST |
| 3 | AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER |
| 4 | REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE |
| 5 | JUDGMENT CREDITOR IN THIS PROCEEDING. |

Dated: February 9, 2010

_____
Magistrate Judge Bernard Zimmerman