UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA et al, | Case Number: CV08-00306 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| C R SCHELLEGNER H V A C INC. et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached ORDER OF EXAMINATION, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

C R Schellenger H V A C Inc.
C/o Alex & Connie Schellenger
CR Schellenger HVAC
11 Terrace Drive
Calistoga, CA 94515

Dated: February 10, 2010

Richard W. Wieking, Clerk

By: Ada Yiu, Deputy Clerk