```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    3030 Bridgeway, Suite 121
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE SHEET METAL )   NO. C 08 0306 BZ
    WORKERS, et al.,                     )
12                                       )
                        Plaintiffs,      )   JUDGMENT PURSUANT
13             vs.                       )   TO STIPULATION
                                         )
14  C R SCHELLENGER H V A C INC., a      )
    California corporation               )
15                                       )
                        Defendant.       )
16  _____)
```

17         It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET
18  METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL
19  WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS
20  LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,
21  through their attorneys, and defendant, C R SCHELLENGER H V A C INC.,
22  a California corporation, have Stipulated that plaintiffs have and
23  recover judgment from Defendant and it appearing that the Stipulation
24  is in all respects proper and that the Stipulation provides for
25  judgment against defendant in the amount of $39,793.96,
26         IT FURTHER APPEARS that the Stipulation for Judgment
27  provided for a monthly installment payment plan, and that so long as
28  payments were made, judgment would not be entered.  The defendant did

JUDGMENT PURSUANT TO STIPULATION                1

make some payments, totalling $6,600.00 but has ceased sending plaintiffs any payments. The Stipulation provided that plaintiffs could, in the event of a default, apply for judgment after 10 days written notice to the defendant. Such notice has been given. See the Declaration of Michael Carroll in Support of Entry of Judgment Pursuant to Stipulation filed as Document #38 on December 26, 2010.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE, have and recover judgment form defendant, C R SCHELLENGER H V A C INC., a California corporation, in the amount of $33,193.96, which amount is composed of the following:

a.  Contribution balances due and unpaid to Plaintiff Trust Funds for the period October 2007 through June 2008 in the amount of $21,676.82;

b.  Liquidated damages due and unpaid to the Plaintiff Trust Funds for the same period in the amount of $8,637.99;

c.  Interest due pursuant to contract in the amount of $2,529.15,

d.  Costs of suit incurred in this action in the amount of $350.00.

Dated 5 Jan 2011

Magistrate Judge
Bernard Zimmerman

JUDGMENT PURSUANT TO STIPULATION                2